```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED:  2/27/2023
```

ROBERT McFADDEN,

                              Plaintiff,

-against-

SUPERINTENDENT WILLIAM KEYSER; DEPUTY SUPERINTENDENT OF SECURITY GARY SIPPLE; CAPTAIN KENNETH LETUS; SERGEANT LISA WILSON; SERGEANT RONALD MILLER; FOOD SERVICES ADMINISTRATOR ANTHONY RIZZUTO; HEAD COOK JOHN PAPAVASILOU; COOK ANTHONY CARMINATI; INMATE GRIEVANCE PROGRAM SUPERVISOR CORY PROSCIA; HEAD CHAPLIN OGBONNA STAINISLAUS; NURSE KATHLEEN BUTTLES; C.O. WILLIAM ELBERTH; C.O. EDMUND PUERSCHNER; C.O. TIMOTHY DOEINCK; C.O. OFFICER KINNE; C.O. RYAN SOUTHARD; C.O. PAUL HOLLAND; C.O. STEVE RYDER; C.O. GEORGE GILMOUR, SR.; HEARING OFFICER MORROW,

                              Defendants.

23-CV-802 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

      Plaintiff, who is currently incarcerated in the Mid-State Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act, regarding events that allegedly occurred at the Sullivan Correctional Facility, between 2019 and 2022. By order dated February 1, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

A.     **Order of Service**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants: (1) Superintendent William Keyser; (2) Deputy Superintendent of Security Gary Sipple; (3) Captain Kenneth Letus; (4) Sergeant Lisa Wilson; (5) Sergeant Ronald Miller; (6) Food Services Administrator Anthony Rizzuto; (7) Head Cook John Papavasilou; (8) Cook Anthony Carminati; (9) Inmate Grievance Program Supervisor Cory Proscia; (10) Head Chaplin Ogbonna Stainislaus; (11) Nurse Kathleen Buttles; (12) Correctional Officer William Elberth; (13) C.O. Edmund Puerschner; (14) C.O. Timothy Doeinck; (15) C.O. Officer Kinne; (16) C.O. Ryan Southard; (17) C.O. Paul Holland; (18) C.O. Steve Ryder; (19) C.O. George Gilmour, Sr.; and (20) Hearing Officer Morrow through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses for each of these defendants and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon each of these defendants.

---

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B.    Local Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of service of the complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[3]

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants: (1) Superintendent William Keyser; (2) Deputy Superintendent of Security Gary Sipple; (3) Captain Kenneth Letus; (4) Sergeant Lisa Wilson; (5) Sergeant Ronald Miller; (6) Food Services Administrator Anthony Rizzuto; (7) Head Cook John Papavasilou; (8) Cook Anthony Carminati; (9) Inmate Grievance Program Supervisor Cory Proscia; (10) Head Chaplin Ogbonna Stainislaus; (11) Nurse Kathleen Buttles; (12) Correctional Officer William Elberth; (13) C.O. Edmund Puerschner; (14) C.O. Timothy Doeinck; (15) C.O. Officer Kinne; (16) C.O. Ryan Southard; (17) C.O. Paul Holland;

---

[3] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the court's Pro Se Intake Unit.

(18) C.O. Steve Ryder; (19) C.O. George Gilmour, Sr.; and (20) Hearing Officer Morrow; complete the USM-285 forms with the addresses for each of these defendants, and deliver all documents necessary to effect service on each of these defendants to the U.S. Marshals Service.

The Clerk of Court is kindly instructed to mail a copy of this Order and an information package to *pro se* Plaintiff at Plaintiff's address listed on ECF and to show service on the docket.

SO ORDERED.

Dated: February 27, 2023
         White Plains, New York

                                                 NELSON S. ROMÁN
                                                 United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Superintendent William Keyser
   Sullivan Correctional Facility
   325 Riverside Drive
   P.O Box 116
   Fallsburg, N.Y. 12733-0116

2. Deputy Superintendent of Security Gary Sipple
   Sullivan Correctional Facility
   325 Riverside Drive
   P.O Box 116
   Fallsburg, N.Y. 12733-0116

3. Captain Kenneth Letus
   Sullivan Correctional Facility
   325 Riverside Drive
   P.O Box 116
   Fallsburg, N.Y. 12733-0116

4. Sergeant Lisa Wilson
   Sullivan Correctional Facility
   325 Riverside Drive
   P.O Box 116
   Fallsburg, N.Y. 12733-0116

5. Sergeant Ronald Miller
   Sullivan Correctional Facility
   325 Riverside Drive
   P.O Box 116
   Fallsburg, N.Y. 12733-0116

6. Food Services Administrator Anthony Rizzuto
   Sullivan Correctional Facility
   325 Riverside Drive
   P.O Box 116
   Fallsburg, N.Y. 12733-0116

7. Head Cook John Papavasilou
   Sullivan Correctional Facility
   325 Riverside Drive
   P.O Box 116
   Fallsburg, N.Y. 12733-0116

8. Cook Anthony Carminati
   Sullivan Correctional Facility
   325 Riverside Drive

   P.O Box 116
   Fallsburg, N.Y. 12733-0116

9.  Inmate Grievance Program Supervisor Cory Proscia
  Sullivan Correctional Facility
  325 Riverside Drive
  P.O Box 116
  Fallsburg, N.Y. 12733-0116

10.  Head Chaplin Ogbonna Stainislaus
  Sullivan Correctional Facility
  325 Riverside Drive
  P.O Box 116
  Fallsburg, N.Y. 12733-0116

11.  Nurse Kathleen Buttles
  Sullivan Correctional Facility
  325 Riverside Drive
  P.O Box 116
  Fallsburg, N.Y. 12733-0116

12.  C.O. William Elberth
  Sullivan Correctional Facility
  325 Riverside Drive
  P.O Box 116
  Fallsburg, N.Y. 12733-0116

13.  C.O. Edmund Puerschner
  Sullivan Correctional Facility
  325 Riverside Drive
  P.O Box 116
  Fallsburg, N.Y. 12733-0116

14.  C.O. Timothy Doeinck
  Sullivan Correctional Facility
  325 Riverside Drive
  P.O Box 116
  Fallsburg, N.Y. 12733-0116

15.  C.O. Officer Kinne
  Sullivan Correctional Facility
  325 Riverside Drive
  P.O Box 116
  Fallsburg, N.Y. 12733-0116

16.  C.O. Ryan Southard
  Sullivan Correctional Facility

       325 Riverside Drive
       P.O Box 116
       Fallsburg, N.Y. 12733-0116

17.    C.O. Paul Holland
       Sullivan Correctional Facility
       325 Riverside Drive
       P.O Box 116
       Fallsburg, N.Y. 12733-0116

18.    C.O. Steve Ryder
       Sullivan Correctional Facility
       325 Riverside Drive
       P.O Box 116
       Fallsburg, N.Y. 12733-0116

19.    C.O. George Gilmour, Sr.
       Sullivan Correctional Facility
       325 Riverside Drive
       P.O Box 116
       Fallsburg, N.Y. 12733-0116

20.    Hearing Officer Morrow
       Sullivan Correctional Facility
       325 Riverside Drive
       P.O Box 116
       Fallsburg, N.Y. 12733-0116