USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

Robert McFadden,

                    Plaintiff,

   - against -

SUPERINTENDENT WILLIAM KEYSER, et al.,

                    Defendants.

---------------------------------------------------------------- X

23-CV-802 (NSR)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED INDIVIDUAL**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of Plaintiff Robert McFadden, DIN 14-B-3670, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the correctional facility where he is then located. Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action. The deposition should take place within 75-days of this signed order.

Dated: November 24, 2025
       White Plains, New York

SO ORDERED.

_____
HON. NELSON S. ROMAN
United States District Judge