MEMO ENDORSED
*See* Page 3.

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 15 AM 10: 34



Robert McFadden # 14B3670
Lake View Correctional Facility
P.O. Box 1
Brocton, New York 14761

July 9, 2026

Re: McFadden v. Keyser, et al., 23-CV-802 (NSR)

## Plaintiff's Motion To Compel Discovery

The Plaintiff moves pursuant to Rule 34(b) and 37(a), Fed. R. Civ. P., for an order compelling the Defendants to produce for inspection and copying the documents requested on multiple occasions 2026.

---

## Declaration In Support Of Motion To Compel

Robert McFadden declares under penalty of perjury:

① I am the Pro Se Plaintiff in this case. I make this affidavit in support of my motion to compel discovery.

② Between April & May 2026, I served on the defendants' counsel two different requests for production of documents.

③ Between April & May 2026, I served on the defendants' counsel, Plaintiffs First [illegible] Robert McFadden Interrogatories.

④ On June 24, 2026, defendant responded to my document requests (2), & interrogatories by filing objections to the production of any of the materials sought. A copy of their

objections is attached as Exhibit #1.

(5) The defense Counsel did not respond to the Courts Order for defense Counsel to produce the Plaintiff's February 2026 MRI results for his spinal collum/cord.

(6) The Court & all parties have addressed these MRI Results for Plaintiffs back on several telephonic status confrences related to discovery. In an attempt to resolve the discovery schedule & discovery dispute formally & informally, as required by Local Rule. The defense agreed to turn over the Medical records related to continuos & ongoing treatment caused by the defendants assaults.

(7) The defense has now changed courses from the posture stated & agreed to during the June 2026 telephonic status confrenced, by objecting to the release & production of medical exams & results & medical orders directly germane to ongoing treatment & the clear need & mandate for life long treatment & care, as a result of being ingured by the defendants.

(8) Defendant's objections are waived as a result of their failure to make them in a timely manner, as set forth in the brief accompanying this motion.

(9) Defendant's objections on the ground of that the discovery sought is irrelevant, burdensome, and privileged have no merit, as set forth in the brief accompanying this motion.

(10) Defense Counsel legal experience and the complex discovery rules clearly has put me at a disadvantage in countering the defendants discovery tactics against a Pro Se Plaintiff & citing safety & security goals & geopardizing institutional order.

BW29W

**SO ORDERED:**

Defendants are directed to respond to this motion by July 31, 2026.

Judith C. McCarthy 7-21-26

JUDITH C. McCARTHY
United States Magistrate Judge

Robert McFadden #14B3670
Lake View S.I. Correctional Facility
P.O. Box T
Brocton, New York 14716

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 15 AM 10:34

Lakeview
SICF

neopost
07/10/2026
US POSTAGE $002.4
ZIP 14
041L112

Pro Se Clerk Office
United States District Court
Southern District Of New York
U.S. Courthouse, 500 Pearl Street
New York, New York 10007

USM P3
SDNY